IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARI LAWMAN, | : | Civil No. 1:18-CV-01999 |
| Plaintiff, | : | |
| v. | : | |
| HERBERT, ROWLAND & GRUBIC, INC., | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 8th day of September, 2020, upon review of the Defendant's motion for summary judgment and all relevant filings, **IT IS ORDERED** that the motion, Doc. 20, is **GRANTED IN PART** and **DENIED IN PART**.  The motion is **GRANTED** with respect to Plaintiff's claims under the Americans with Disabilities Act ("ADA") for disability discrimination and failure to accommodate.  The Clerk of Court is directed to enter judgment in favor of Defendant on those claims, in Count I.  The motion is **DENIED** with respect to Plaintiff's claim under the ADA for retaliation, also in Count I.

**IT IS ALSO ORDERED** that a status conference shall be held on **October 29, 2020 at 10:00 a.m.**  The purpose of this call will be to discuss pre-trial and trial

1

2

deadlines for Plaintiff's remaining ADA retaliation claim.  Before that call, the

parties shall meet and confer about the same.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania